United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| CHANDRAMOHAN V AMMINI, et al., <br> Plaintiffs, <br> v. <br> MARC R. LABGOLD, et al., <br> Defendants. | Case No. 16-cv-00198-BLF <br><br> **ORDER SUBMITTING MOTION WITHOUT ORAL ARGUMENT; AND VACATING HEARING** <br><br> [Re: ECF Nos. 9, 11] |

The Motion to Dismiss (ECF No. 9) and Motion to Remand (ECF No. 11) that were set for hearing on May 26, 2016, is hereby SUBMITTED without oral argument; the hearing is VACATED. *See* Civ. L.R. 7-1(b).

**IT IS SO ORDERED.**

Dated: May 19, 2016

_____
BETH LABSON FREEMAN
United States District Judge